**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6812**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JYQWON ANTONIO WOODS, a/k/a Cheese,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:21-cr-00704-SAL-1)

_____

Submitted:  December 19, 2024                    Decided:  December 27, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jyqwon Antonio Woods, Appellant Pro Se.  Lauren L. Hummel, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jyqwon Antonio Woods appeals the district court's order denying his motion to reopen his criminal case to correct clear error. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Woods's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*